1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         (OAKLAND DIVISION)

9

10
AJY INTERNATIONAL, INC., a                 No.: 4:18-CV-04719-HSG
11   California corporation,

12                  Plaintiff                    ORDER RE:
                                                PLAINTIFFS' ADMINISTRATIVE
13         vs.                                   MOTION TO ADVANCE AND
                                                RESET HEARING ON
14   KOREA YAKULT CO., LTD. a Korean            PLAINTIFF'S MOTION TO
     corporation, et al.                        REMAND
15
                    Defendants                  Judge: The Hon. Haywood S. Gilliam, Jr.
16

17

18

19

20         Plaintiffs' Administrative Motion to Advance and Reset Hearing on Plaintiffs' Motion to

21   Remand is DENIED

22

23   DATED:  August 17, 2018            *Haywood S. Gill, Jr.*
                                        Haywood S. Gilliam, Jr.
24
                                        U.S. District Judge
25

26

27

28

Proposed Order

SONG & LEE, LLP
4631 OLD IRONSIDES DR., STE. 260
SANTA CLARA, CA 95054
TEL: (408)748-3306/ FAX: (408)748-3309